# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br> )<br>          Plaintiff, )<br> )<br>vs. )<br> )<br>Shane Dean See Walker, )<br> )<br>          Defendant. ) | **INTERSTATE AGREEMENT ON**<br>**DETAINERS ORDER**<br><br>Case No.: 1:20-cr-103 |

On August 20, 2020, defendant made his initial appearance and was arraigned in the above entitled action. AUSA Brandi Sasse Russell appeared on behalf of the United States. Assistant Federal Public Defender Michelle Monteiro was appointed to represent defendant in this matter and appeared on his behalf.

Prior to his initial appearance, defendant was in State custody. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the appropriate State officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), defendant's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus ad prosequendum.

At his initial appearance and arraignment, defendant was advised of his rights under the IADA's ant-shuttling provisions to continued federal custody until the charges set forth in the Indictment are adjudicated. (Doc. No. 9). Defendant did waive his rights at this time and consequently was ordered detained pending further order of the court. (Doc. No. 13).

On August 21, 2020, defendant filed a waiver of the IADA anti-shuttling provisions in which he agreed to return to the custody of the State of North Dakota (the "sending state" under the IADA)

1

pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA). (Doc. No. 18).

The court accepts defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Accordingly, the court **ORDERS** that defendant be housed in the "sending state" under the IADA pending further proceedings or until further order of the court  Further, pursuant to defendant's waiver, the return of the defendant to his place of incarceration pending trial shall not be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 15th day of December, 2020.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court